**Jed Manwaring, ISB #3040**
**Judy L. Geier, ISB #6559**
**EVANS KEANE LLP**
**1405 West Main Street**
**P.O. Box 959**
**Boise, ID  83701-0959**
**Telephone:  (208) 384-1800**
**E-Mail: Jmanwaring@evanskean.com**

**Attorney for Defendant Ford Motor Company**

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **ROBIN RIVAS,** | |
| **Plaintiff,** | Case No. |
| **vs.** | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S. C §§ 1414, 1446 AND 1332 (DIVERSITY)** |
| **FORD MOTOR COMPANY,** | |
| **Defendant.** | |

TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF IDAHO

1.     On the 10th day of November, 2011, an action was commenced in the Sixth Judicial District Court of the State of Idaho in and for the County of Bannock, in a case styled *Rivas  v. Ford Motor Company,* Case No. CV114737 PI.   Service was accomplished on May 3, 2012 upon Defendant Ford Motor Company.  True and correct copies of a Summons and Complaint and Jury Demand, are attached hereto.  No further proceedings have been had therein.

## <u>VENUE</u>

2.     Assignment to the Southern Division of this Court is proper as the action was pending in Bannock County District Court in the Sixth Judicial District, State of Idaho.

## JURISDICTION

3.     This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a)(b) because: this action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a): the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs; and Plaintiff and Defendant are not fraudulently joined as they are citizens of different states.

4.     The matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. The Plaintiff alleges that as a direct and proximate result of Defendant's actions, Plaintiff's "right leg was severely damaged" (Complaint Par. 13) and that she "suffered injury and has experienced and will continue to experience economic and noneconomic losses including but not limited to medical, therapy, and related expenses; loss of income and earning capacity; loss of household services and need for assistance; pain, suffering and emotional distress; and disfigurement, disability, and loss of enjoyment of life."  (Complaint Pars. 26, 31, and 36.)  In addition, Defendant received from Plaintiff's attorneys, a demand for payment dated June 22, 2011 in the amount of $145,000.

5.     Defendant Ford Motor Company is now, and was at the time of the filing of this Complaint and at all intervening times, a Delaware Corporation with its principal place of business in Dearborn, Michigan.

## PROCEDURAL REQUIREMENTS

6.     This removal is timely, having been made within 30 days after receipt by the Defendant of the initial pleading. 28 U.S.C. § 1446(b).

7.     For purposes of determining diversity of citizenship under 28 U.S.C. § 1332, Defendant Ford has diverse citizenship from the sole and only Plaintiff.

8.     Ford reserves the right to amend or supplement this Notice of Removal.

9.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the clerk of the District Court of the Sixth Judicial District of the state of Idaho, county of Bannock.

10.     Pursuant to 28 U.S.C. § 1446(d), Ford is providing written notice to Plaintiff, the adverse party.

WHEREFORE, Ford Motor Company hereby removes to this honorable Court the action now pending against it in the Bannock County District Court of the Sixth Judicial District.

DATED this 22nd day of May, 2012.

EVANS KEANE LLP


By _____/s/ Jed W. Manwaring_____
        Jed W. Manwaring, Of the Firm
        Attorneys for Ford Motor Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May, 2012, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- Jed W Manwaring      jmanwaring@evanskeane.com, jgeier@evanskeane.com
- Douglas B. Cannon      dcannon@fabianlaw.com
  Fabian & Clendenin
  215 South State Street, 12th Fl
  Salt Lake City, UT 84111

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

Bannock County Clerk of the Court
624 E. Center
Pocatello, ID 83201

_____/s/_____Jed W. Manwaring____
Jed W. Manwaring